MS. TARI L. BAKER
29453 N. 51st St.
Cave Creeek, AZ 85331
(602) 672-5327

```
  ✓  FILED        ___ LODGED
  ___ RECEIVED    ___ COPY

      OCT 15 2010

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
  BY_____ M  DEPUTY
```

IN THE ARIZONA COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF DISTRICT

**TARI BAKER**

Plaintiff,

vs.

**AMERICAN HOME MORTGAGE SERVICING, INC.**

Defendant.

Case Number: CIV '10 206 1 PHXNHM

**AFFIDAVIT OF SERVICE**

Received by ABC PROCESS SERVICE on the 29th day of September, 2010 at 5:15 am to be served on **AMERICAN HOME MARTGAGE SERVICING, INC. C/O REGISTERED AGENT; CT CORPORATION SYSTEM, 350 N. ST. PAUL ST., SUITE 2900, DALLAS, TX 75204**.

I, Arthur Cirillo, being duly sworn, depose and say that on the **29th day of September, 2010** at **10:45 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TERRY HOLLYWOOD** as **PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS** for **AMERICAN HOME MARTGAGE SERVICING, INC. C/O REGISTERED AGENT; CT CORPORATION SYSTEM**, at the address of: **350 N. ST. PAUL ST., SUITE 2900, DALLAS, TX 75204**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the Judicial Circuit in which the process was served.

Subscribed and Sworn to before me on the 5th day of October, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

[Notary seal: NATALIE PALMER, Notary Public, State of Texas, My Commission Expires 12/23/2013]

_____
**Arthur Cirillo**
Process Server SCH000000331

**ABC PROCESS SERVICE**
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2010002702
Ref: cv '10 206 1 phxnhm

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e