1 Tari Baker
2 29453 N 51st Street
3 Cave Creek  AZ 85331

4 UNITED STATES DISTRICT COURT

5 DISTRICT OF ARIZONA

6

**Tari Baker**

Plaintiff,

vs.

**American Home Mortgage Service**

Defendant

Case # 10 2061

PETITION FOR NO ANSWER
DEFAULT

Date: 10 - 29 - 2010

7

8 PARTIES

9 PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

10 Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal
11 Rule of Civil Procedure 55.

12 A. Introduction

13 1.  Plaintiff is: Tari Baker, 29453 N 51st Street Cave Creek AZ 85331, and defendant
14 is: American Home Mortgage Service, 4600 Regent Blvd, Ste 200, Irving, TX 75063-1730.

15 2. On 9/27/2010 plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by
16 nondisclosure, and violations of various consumer protection laws.

17 3. On 9/27/2010, plaintiff filed with the court an ORIGINAL COMPLAINT. On
18 9/29/2010 defendant was served with a summons and a copy of plaintiff's complaint by and
19 through [how they were served, process server, US Marshall...etc]. A copy of the return of
20 service is attached as Exhibit A[attach the proof of service to this petition and write Exhibit A on
21 top of it]. Defendant did not file a responsive pleading or otherwise defend the suit.

22 4. Plaintiff is entitled to entry of default.

PETITION FOR NO ANSWER DEFAULT                                                1 of 7

B. Argument

5. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314 (10th Cir. 1994).

6. The clerk should enter a default against defendant because defendant did not file an answer within 20 days after  9 / 29 /2010 , the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by {*persons name who signed the affidavit of service*}'s sworn affidavit, attached as Exhibit A. Said affidavit establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend the instant action within the 20 day time period allowed by law.

8. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

9. Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of defendant's military status is attached as Exhibit A.

10. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

C. Conclusion

11. Plaintiff filed a suit against defendant in the court on the 27th day of 9, 2010. Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

**Respectfully Submitted,**

*/s/ Tari Baker*
**Tari Baker**

## VERIFICATION

I, Tari Baker, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Tari Baker
29453 N 51st Street
Cave Creek AZ 85331

SWORN TO AND SUBSCRIBED BEFORE ME, A. Amy O'keefe, by Tari Baker on the 29th day of October, 2010, which witnesses my hand and seal of office.

_A. A. O'Keefe_
**NOTARY PUBLIC IN AND FOR**
**THE STATE OF ARIZONA**



A. AMY O'KEEFE
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
August 18, 2014

MS. TARI L. BAKER
29453 N. 51st St.
Cave Creeek, AZ 85331
(602) 672-5327

## IN THE ARIZONA COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF DISTRICT

**TARI BAKER**
            Plaintiff,

Case Number: CIV '10 206 1 PHXNHM

vs.

**AFFIDAVIT OF SERVICE**

**AMERICAN HOME MORTGAGE SERVICING, INC.**
            Defendant.

---

Received by ABC PROCESS SERVICE on the 29th day of September, 2010 at 5:15 am to be served on **AMERICAN HOME MARTGAGE SERVICING, INC. C/O REGISTERED AGENT; CT CORPORATION SYSTEM, 350 N. ST. PAUL ST., SUITE 2900, DALLAS, TX 75204**.

I, Arthur Cirillo, being duly sworn, depose and say that on the **29th day of September, 2010 at 10:45 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S PETITION FOR TEMPORARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **TERRY HOLLYWOOD** as **PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS** for **AMERICAN HOME MARTGAGE SERVICING, INC. C/O REGISTERED AGENT; CT CORPORATION SYSTEM**, at the address of: **350 N. ST. PAUL ST., SUITE 2900, DALLAS, TX 75204**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the Judicial Circuit in which the process was served.

Subscribed and Sworn to before me on the 5th day of October, 2010 by the affiant who is personally known to me.

**NOTARY PUBLIC**

NATALIE PALMER
Notary Public, State of Texas
My Commission Expires
12/23/2013

**Arthur Cirillo**
Process Server SCH000000331

**ABC PROCESS SERVICE**
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2010002702
Ref: cv '10 206 1 phxnhm

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e