Tawn T. Pritchette (#019955)
Craig A. Morgan (#023373)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
TPritchette@perkinscoie.com
CMorgan@perkinscoie.com
docketphx@perkinscoie.com

Attorneys for Defendant
American Home Mortgage Services

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tari Baker,<br><br>           Plaintiff,<br><br>    v.<br><br>American Home Mortgage Service,<br><br>           Defendant. | No. 2:10-cv-02061-MHM<br><br>**NOTICE OF APPEARANCE** |

      Please take notice that Perkins Coie Brown & Bain P.A., 2901 North Central Avenue, Suite 2000, Phoenix, Arizona 85012-2788, by and through Tawn T. Pritchette and Craig A. Morgan, hereby enter their appearance as counsel of record on behalf of Defendant American Home Mortgage Servicing, Inc..  We request service on the firm of all papers, pleadings, and orders filed in this proceeding.

      This Notice of Appearance is made without waiver of those defenses available pursuant to Federal Rule of Civil Procedure 12.

| | | |
|---|---|---|
| 1 | Dated:  November 16, 2010 | **PERKINS COIE BROWN & BAIN P.A.** |

By: s/ Craig A. Morgan
    Tawn T. Pritchette
    Craig A. Morgan
    2901 N. Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788

Attorneys for Defendant
American Home Mortgage Services

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on November 16, 2010, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing.

☒   I hereby certify that on November 16, 2010, I served the attached document by first class mail on the following, who is not a registered participant of the CM/ECF System:

> Tari Baker
> 29453 North 51st Street
> Cave Creek, Arizona  85331

         s/ Janet Roe

19611557.1

-3-